474 A.2d 643

Commonwealth v. Lapcevich, III, Appellant.

Argued October 26, 1983. Charles F. Gilchrest, for appellant; Harry Alan

Penich, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.